PROB 12B
(7/93)

Report Date: March 7, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 10 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Robert Steven Wallis | Case Number: 2:04CR00164-001 |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley | |
| Date of Original Sentence: 5/25/2005 | Type of Supervision: |
| Original Offense: Conspiracy to Commit Theft and Embezzlement in Connection with Health Care, 18 U.S.C. § 669(a), 666, 1347, all in violation of 371 | Date Supervision Scheduled tp Commence: January 22, 2007 |
| Original Sentence: Prison - 33 Months; TSR - 36 Months | Date Supervision Expires: January 21, 2010 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

1    The defendant shall not use or possess alcoholic beverages.

2.   The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

## CAUSE

The defendant has requested that he be released to the Eastern District of California. The U.S. Probation Office for said district has requested the above added condition.

Respectfully submitted,

by  *[signature]*

Richard B. Law
U.S. Probation Officer
Date: March 7, 2006

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

March 10, 2006
Date

PROB 49

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 10 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall not use or possess alcoholic beverages.

2. The defendant shall submit to the search of his person, property, home, and vehicle by a Unites States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Witness: _____   Signed: _____
2/24/06  U.S. Probation Officer                 Probationer or Supervised Releasee

Charles A. Porco
Case Manager                 2/24/06
Federal Bureau of Prisons    DATE
FPC/FCI Florence, Colorado