PROB 12B
(7/93)

Report Date: May 15, 2007

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 16 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Steven Wallis      Case Number: 2:04CR00164-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 05/25/2005      Type of Supervision:   Supervised Release

Original Offense: Conspiracy to Commit Theft and Embezzlement in Connection with Health Care; to Commit Theft from a Program Receiving Federal Funds; and to Execute a Scheme and Artifice to Defraud a Health Care Benefit Program, 18 U.S.C. § 669(a), 666, 1347, all in violation of 371

Date Supervision Commenced: 01/22/2007

Original Sentence: Prison - 33 Months;
TSR - 36 Months

Date Supervision Expires: 01/21/2010

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> While on supervised release, restitution is payable in a monthly amount as directed by the probation officer and based upon the releasee's ability to pay. The releasee's restitution remains joint and several with co-defendant Robert O'Brien, docket number 2:04CR000163-001.

### CAUSE

Mr. Wallis currently resides in the Eastern District of California. His supervising probation officer has requested his conditions be modified as indicated above. Attached for Your Honor's review is a copy of the letter and waiver of hearing to modify conditions of supervision from the Eastern District of California.

Respectfully submitted,

by [signature]

Richard B. Law
U.S. Probation Officer
Date: May 15, 2007

Prob 12B
Re:  Wallis, Robert Steven
May 15, 2007
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

May 16, 2007
_____
Date

Prob 49
(03/89)

# United States District Court

## Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> While on supervised release, restitution is payable in a monthly amount as directed by Probation Officer and based upon the releasee's ability to pay. The releasee's restitution remains joint and several with co-defendant Robert OBrien, docket number CR 04-163-RHW.

Witness _____  Signed _____
               Michael A. Sipe                              Robert Wallis
        U.S. Probation Officer                      Probationer or Supervised Releasee

                                       5/9/07
                                        Date